## H. W. JACKSON v. STATE.

No. A-1981.   Opinion Filed April 11, 1914.

Appeal from County Court, Okmulgee County;
Mark Bozarth, Judge.

H. W. Jackson was convicted of violating the prohibitory law, and appeals. Affirmed.

Wallace & Stephens, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, H. W. Jackson, was convicted at the January, 1913, term of the county court of Okmulgee county, on a charge of having the unlawful possession of intoxicating liquor with

intent to sell the same, and his punishment fixed at a fine of one hundred dollars and imprisonment in the county jail for a period of thirty days. Upon a careful examination of the record we are of opinion that the judgment should be affirmed, and it is so ordered. Mandate ordered forthwith.